UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

**James McNeil**,  08-CV-02234-SRT

      Plaintiff, **ORDER DISMISSING ACTION**

v.

**James Walker, et al.**,

      Defendants.

_____

In an April 3, 2009 order (Doc. # 18), the Court dismissed Plaintiff's Complaint with leave to amend. The Court gave Plaintiff until May 15, 2009 to file an amended complaint that cured the deficiencies identified in the Order and warned Plaintiff that "[f]ailure to file a second amended complaint by May 15 will result in dismissal of this action with prejudice." Plaintiff has not filed an amended complaint.

Good cause appearing, **IT IS HEREBY ORDERED** that:

This action is **DISMISSED** with prejudice for all the reasons stated in the Court's

previous Order and for failing to comply with the Court's April 3, 2009 Order. The Clerk shall enter judgment accordingly and close the file.

DATED: May 20, 2009

    /s/ Sidney R. Thomas
Sidney R. Thomas, United States Circuit Judge
Sitting by Designation