UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **James McNeil**, | 08-CV-02234-SRT |
| Plaintiff, | **ORDER** |
| v. | |
| **James Walker, et al.**, | |
| Defendants. | |

_____

In an April 3, 2009 order (Doc. # 18), the Court dismissed McNeil's Complaint with leave to amend for failure to provide defendants with adequate notice as to the nature and basis of his claims. The Court gave McNeil until May 15, 2009 to file an amended complaint, and warned McNeil that "[f]ailure to file a second amended complaint by May 15 will result in dismissal of this action with prejudice." McNeil failed to file an amended complaint within the allotted time, and the Court dismissed McNeil's Complaint with prejudice on May 20, 2009 (Doc. # 19).

McNeil has now requested a "pardon" to Las Vegas, Nevada. As judgment has already been entered on McNeil's suit, this Court lacks jurisdiction over McNeil's request, which is accordingly DENIED. McNeil is advised that he must file a new complaint if he wishes to bring any additional legal claims.

The Clerk of the Court shall not accept any further filings in this action other than a notice of appeal or application for a certificate of appealability.

IT IS SO ORDERED.

DATED: July 22, 2009

/s/Sidney R. Thomas_____
Sidney R. Thomas, United States Circuit Judge
Sitting by Designation